UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

ALAN and ELIZABETH MURRAY,  No. 11-10535

                     Debtor(s).
_____/

Memorandum re Objection to Confirmation of Del Norte County
_____

       The Chapter 11 plan of reorganization of debtors Alan and Elizabeth Murray is now before the court. While there are some issues regarding confirmation which the court is considering, the court elects to deal separately with the objection filed by creditor Del Norte County, the Class 8 creditor under the plan.

       The court has previously considered and determined that it will overrule another objection filed by a disgruntled group of tenants at one of the Murrays' recreational vehicle parks. Del Norte County is represented by an attorney from the same law firm. The court incorporates its rejection of the generalized feasibility and bad faith arguments made by the Tenants.

       Del Norte County holds a note of the Murrays secured by a second deed of trust to the real property at 16800 Highway 101 North, Smith River, California. The property is encumbered by a senior deed of trust to South Valley Bank securing an obligation of $975,516.16. The plan amended proposes to pay the secured claim with interest in monthly payments amortized over 15 years if it is less than $50,000.00. Del Norte County did not exercise its right to be considered fully secured

1

pursuant to § 1111(b) of the Bankruptcy Code .

The Murrays took the position that the property was worth almost nothing over the amount owed on the senior lien. Del Norte County then commissioned a qualified appraisal which valued the property at $1 million, supporting the plan. The court accordingly finds that Del Norte County has a secured class 8 claim for $24,483.84. The court will sustain the objection only insofar as interest is concerned; the Murrays have not established that the interest rate they propose meets the requirements of law. Accordingly, the secured class 8 claim will bear interest at the contract rate of 5% if the plan is confirmed, notwithstanding anything to the contrary in the plan.

Except as provided above, the objection of Del Norte County will be overruled. The court will defer entry of an order until all objections have been considered and the court's concerns have been addressed.

Dated: November 29, 2012

Alan Jaroslovsky
U.S. Bankruptcy Judge